IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ross, Oscar T

Printed: 12/10/08

Case Number: 06 B 08928
Judge: Wedoff, Eugene R
Filed: 7/26/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 30, 2008
Confirmed: October 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,845.66 |  |
| Secured: |  | 9,721.08 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,414.00 |
| Trustee Fee: |  | 710.58 |
| Other Funds: |  | 0.00 |
| Totals: | 12,845.66 | 12,845.66 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,414.00 | 2,414.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 5. | GE Money Bank | Secured | 524.77 | 524.77 |
| 6. | HSBC Auto Finance | Secured | 22,671.33 | 8,669.20 |
| 7. | American General Finance | Secured | 527.11 | 527.11 |
| 8. | ECast Settlement Corp | Unsecured | 240.00 | 0.00 |
| 9. | American General Finance | Unsecured | 33.07 | 0.00 |
| 10. | Marathon Ashland Petroleum LLC | Unsecured | 38.13 | 0.00 |
| 11. | Gurnee Radiology Center | Unsecured | 341.05 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 73.50 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 52.80 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 82.66 | 0.00 |
| 15. | HSBC Auto Finance | Unsecured | 0.00 | 0.00 |
| 16. | Kohl's/Kohl's Dept Stores | Unsecured | 53.14 | 0.00 |
| 17. | Capital One | Unsecured | 51.64 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 115.26 | 0.00 |
| 19. | National Auto Finance Co | Unsecured | 968.22 | 0.00 |
| 20. | American General Finance | Unsecured | 55.23 | 0.00 |
| 21. | American General Finance | Secured |  | No Claim Filed |
| 22. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 23. | CB USA | Unsecured |  | No Claim Filed |
| 24. | CDA Services Inc | Unsecured |  | No Claim Filed |
| 25. | Allied Interstate | Unsecured |  | No Claim Filed |
| 26. | Certified Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ross, Oscar T

Printed: 12/10/08

Case Number: 06 B 08928
Judge: Wedoff, Eugene R

Filed: 7/26/06

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. | Harris Bank | Unsecured | | No Claim Filed |
| 29. | Harris Bank | Unsecured | | No Claim Filed |
| 30. | American General Finance | Unsecured | | No Claim Filed |
| 31. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| 32. | Medical Collections | Unsecured | | No Claim Filed |
| | | | $ 28,241.91 | $ 12,135.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 162.05 |
| 5.4% | 330.69 |
| 6.5% | 194.99 |
| 6.6% | 22.85 |
| | $ 710.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

